THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THHE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 323-359-4119 | Case No. 1:16-mj-103 |

**ORDER**

In his search warrant application, the affiant requested that the court issue an order commanding Sprint, a wireless service provider, to delay notification to the user until after the collection authorized by the warrant has been completed**.**

The Court determines that there is reason to believe that notification of the existence of the attached warrant may seriously jeopardize the investigation, giving the user the opportunity to change patterns of behavior, notify confederates, and flee from prosecution.  See 18 U.S.C. § 2705(b).

It is further **ORDERED** that Sprint shall furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the information described in Attachment B unobtrusively and with a minimum of interference with Sprint's services, including by initiating a signal to determine the location of the Target Cell Phone on Sprint's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government.  The government shall reasonably compensate Sprint for reasonable expenses incurred in furnishing such facilities or assistance.

It is further **ORDERED** that Sprint and its representatives, agents, and employees, unless and until otherwise ordered by the Court, shall not disclose in any manner, directly or  indirectly, by any action or inaction, the existence of the Warrant before April 1, 2017.

It is finally **ORDERED** that the Warrant, Affidavit, and this order shall remain sealed until April 1, 2017.

Dated this 1st day of April, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court